Erik R. Bruner (SBN 272804)
BRUNER LAW, APC
401 West "A" Street, Suite 1150
San Diego, CA 92101
Tel.: (619) 804-1052
Email: brunerer@gmail.com

Attorney for Defendant
Jorge Antonio Soto

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE TODD W. ROBINSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>(1) JORGE ANTONIO SOTO,<br><br>    Defendant. | Criminal Case: 3:21-CR-01660-TWR<br><br>**MOTION BY DEFENSE COUNSEL TO BE RELIEVED AND TO HAVE APPELLATE COUNSEL APPOINTED** |

Defense counsel, ERIK BRUNER, hereby files a motion requesting that the Court relieve Mr. BRUNER and appoint appellate counsel for defendant JORGE SOTO.

Said motion is made on the grounds that Mr. BRUNER was appointed to represent Mr. SOTO pursuant to 18 USC Section 3006A. Mr. SOTO still qualifies for appointed counsel as his financial circumstances have not changed (he has been

in custody during the entire pendency of this case). Mr. BRUNER has an unresolvable conflict regarding the representation of Mr. SOTO. Mr. SOTO desires to appeal the sentence in this case and Mr. BRUNER cannot represent him on appeal due to the conflict.

The final date for the Notice to Appeal to be filed is February 14, 2022 and appellate counsel will need to be appointed immediately to allow sufficient time to file the Notice of Appeal. If current defense counsel files the Notice of Appeal, then a request to be relieved will need to be made to the Ninth Circuit, which will further delay the case.

Dated:  February 9, 2022                                    Respectfully Submitted,

                                                            *s/ Erik Bruner*
                                                            **ERIK R. BRUNER**
                                                            Attorney for Defendant
                                                            Jorge Antonio Soto